No. 393. Ex parte José Q. Torres.—Solicitud para que se apruebe la fianza notarial No. 2283 otorgada por la National

Surety Company el 18 de abril de 1913. Resuelto en mayo 1, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.